**RECEIVED**

MAY 15 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PATRICK FAY,
Plaintiff

CASE NO. 1:18-CV-1505; SEC. P

VERSUS

JUDGE DEE D. DRELL

CONCORDIA PARISH
CORRECTIONAL FACILITY, ET AL.,
Defendants

MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Fay's claims against the Concordia Parish Correctional Facility, Sheriff Garber, the Lafayette Parish Sheriff's Office, the Concordia Parish Sheriff, and the Warden of the Lafayette Parish Correctional Center are DENIED and DISMISSED WITH PREJUDICE under § 1915(e)(2)(b) and § 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 14th day of _____MAY_____, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE